UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MELINDA COWELL, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 4:06CV1847 CDP |
| FOREST LABORATORIES, INC, | ) |
| Defendant. | ) |

**ORDER**

**IT IS HEREBY ORDERED** that this case is transferred to U.S. District Judge Rodney W. Sippel.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 3rd day of January, 2007.